■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE JAMES ROBINSON, Appellant.— Motion to dismiss appeal adjourned to April 26, 1960; time for filing and serving printed records and briefs on appeal enlarged to April 12, 1960.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN H. MOESEL, Appellant.— Appeal dismissed unless typewritten appellant's brief be filed on or before March 28; respondent's brief must be filed on or before April 14, 1960 if appeal is to be argued at May 1960 Term (see rule VIII of the rules of this court) ; if briefs are so filed, time for argument of appeal enlarged to include May 1960 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES WILLIAMS and ANDREW WILLIAMS, Appellants.— Motion granted to prosecute appeal on certified copy of judgment roll, five typewritten copies of brief, Raymond De Silva, Esq. of Syracuse assigned as attorney to conduct appeal, and time for argument of appeal enlarged to include May 1960 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. WILLIAMS, Appellant.— Motion held. The papers indicate that the appeal was not timely taken but the matter has not been clearly presented as there has been no motion by the District Attorney to dismiss the appeal. The motion before us is held until April 26, 1960, to give the District Attorney an opportunity to move to dismiss the appeal or to take such other action as he may be advised. (See *People v. Stottlemeyer*, 9 A D 2d 1022, Dec. 23, 1959.)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT MARR, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. (Same decision as *People v. Williams*, 10 A D 2d 813.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUDOLPH ARMSTRONG, Appellant.— Appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD R. DENZEL, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted to prosecute appeal on original papers and five typewritten briefs, John M. Tubridy, Esq. assigned as attorney to conduct appeal and time for argument of appeal enlarged to include May 1960 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE H. HORNBECK, JR., Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion for leave to prosecute appeal as a poor person from order of Wyoming County Court, entered February 2, 1960, dismissing writ of habeas corpus, denied for lack of merit; motion for leave to prosecute appeal as a poor person from order of Justice Ward of Erie County Supreme Court, denying application for a writ of habeas corpus denied for lack of merit.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD NOTEMAN, Appellant.— Motion to prosecute as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ In the Matter of STEPHEN KUROCZKA, Petitioner, against WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion granted and order dismissing proceeding vacated on condition that original record is filed and printed briefs are filed and served on or before March 25, 1960; application for a stay denied.

■ In the Matter of the Final Accounting of JOHN W. EVANS, as Committee of Earl F. Evans, Now Deceased.— Motion to dismiss appeal held until April 26, 1960, for determination at that time in the light of such additional affidavits as to additional developments as may be filed by appellant and respondents prior to that date. We see no objection to the appellant using, insofar as is proper, the prior record on file in this court.